FILED

2010 Jul-28  PM 12:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN  DIVISION

| | |
|---|---|
| JAMES S ANDREWS, } | |
| } | |
| **Plaintiff,** } | |
| } | |
| **v.** } | **Case No.:  2:09-CV-00646-RDP** |
| } | |
| ANDERSON CRENSHAW & } | |
| ASSOCIATES, L.L.C., et al. } | |
| } | |
| **Defendants.** | |

## ORDER AND ENTRY OF JUDGMENT

This matter is before the court on the Stipulation for Consent Judgment (Doc. # 32), filed by the remaining parties to this action, Plaintiff James Andrews and Defendant Anderson, Crenshaw & Associates, L.L.C.  In accordance with the parties' Stipulation, the court hereby enters **FINAL JUDGMENT** in favor of Plaintiff, James Andrews and against Defendant, Anderson, Crenshaw & Associates, LLC **in the amount of $100,000.00**, plus court costs agreed upon by the parties.  For all sums awarded hereunder, let execution issue.

It is further **ORDERED** that L. Jackson Young and the firm of Ferguson, Frost & Dodson, L.L.P., and Steven R. Dunn and The Dunn Law Firm are hereby **TERMINATED** as counsel for Defendant Anderson, Crenshaw & Associates, L.L.C. in this matter.

**DONE** and **ORDERED** this _____28th_____ day of July, 2010.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE